UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------- x

LATERAL RECOVERY LLC ET AL.,

                     Plaintiffs,

         -against-

BMF ADVANCE, LLC ET AL.,

                     Defendants.

----------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: June 8, 2022

22-cv-2170 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of the parties' letters concerning Defendants' anticipated motions to dismiss. The Court denies the request for a pre-motion conference and grants Defendants leave to file their respective motions to dismiss. The parties shall adhere to the following briefing schedule:

      Defendants' motions to dismiss due by July 7, 2022

      Plaintiffs' opposition brief (Plaintiffs shall submit one opposition to Defendants' motions to dismiss) due by August 8, 2022

      Defendants' reply briefs due by August 22, 2022

**SO ORDERED.**

Dated:    June 8, 2022
             New York, New York

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**