

**Shane R. Heskin**

1650 Market Street | One Liberty Place, Suite 1800 | Philadelphia, PA 19103-7395
Direct 215.864.6329 | Fax 215.399.9603
heskins@whiteandwilliams.com | whiteandwilliams.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __8/8/22__
```

August 5, 2022

**VIA ECF**

Hon. Andrew L. Carter, Jr.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

RE:   *Lateral Recovery, LLC, et al., v. BMF Advance, et al.*
      Case No. 1:22-cv-02170-ALC – Request To Revise Briefing Schedule on Amended Motion To Dismiss [Doc. No. 40]

Dear Judge Carter:

This firm represents the Plaintiffs in the above-captioned matter. We write to request that the court revise the briefing schedule on the Amended Motion To Dismiss [Doc. No. 40] as follows:

1. Plaintiffs will file an amended complaint by August 8.
2. Defendants will file any motions to dismiss by September 8,
3. Plaintiffs will file a consolidated opposition brief by October 10, and Defendants will file any reply briefs by November 1.

The parties have agreed on the above briefing schedule.

We thank the Court for its time and consideration.

Respectfully submitted,

**WHITE AND WILLIAMS LLP**

*/s/ Shane R. Heskin*

Shane R. Heskin, Esq.
*Attorneys of Plaintiffs*

**Application granted. Going forward, the parties are reminded to follow the Court's rules with regard to requesting extensions. The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 35, 38, and 40.**

SO ORDERED:
*/s/ Andrew L. Carter, Jr.*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

8/8/22

29235873v.1