# EXHIBIT 10















