ALAN B. PADFIELD
MARK W. STOUT

**MEMO ENDORSED** ld & Stout

Attorneys & Counselors at Law

www.padfieldstout.com

L. GRACE BREGARD
JOHN T. EASTER
IVAN ESCOBAR
MATTHEW B. FRONDA
MATTHEW D. GIADROSICH
BRANDON J. GIBBONS
JEFFREY V. LEAVERTON
KELSEY N. LINENDOLL
CALEB M. TERRELL

DANIEL M. DOYLE
OF COUNSEL

S. GARY WERLEY
OF COUNSEL

RICHARD W. WISEMAN
SENIOR ATTORNEY
OF COUNSEL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/30/2022

November 29, 2022

Hon. Andrew L. Carter, Jr.                                                              **VIA ECF**
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      **RE:** **Withdrawal of Docket Number 49 and Request for Extension of Response Deadline**
           *Lateral Recovery, LLC, et. al. v. Funderz.net, LLC et. al.*
           **Case No. 1:22-cv-02170-ALC.**

To the Honorable Judge Carter:

At this time, Defendants Funderz.net, LLC, Joseph Yitzchakov, and Gavriel Yitzchakov (collectively, the "Defendants") hereby withdraw the Motion to Dismiss the Plaintiffs' Amended Complaint filed at Docket Entry 49 along with the associated Memorandum of Law and Declarations (Docket Entry 51 and 52 respectively). Per the agreement with Plaintiffs' counsel, the Defendants' request the Court grant an extension to the deadline to respond to Plaintiffs' Amended Complaint (Docket Entry 44) until December 29, 2022.

We appreciate the Court's consideration in this matter.

                            Respectfully,

                            */s/ Brandon J. Gibbons*

                            Brandon J. Gibbons

The Clerk of Court is respectfully requested to terminate the motions at ECF Nos. 47, 49 and 57. Defendants' deadline to answer the Amended Complaint is **December 29, 2022**.

SO ORDERED:
*/s/ Andrew L. Carter, Jr.*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
11/30/2022

cc:    Plaintiffs' Counsel (*via ECF*)
        Chambers via ALCarterNYSDChambers@nysd.uscourts.gov

*HOUSTON OFFICE:
1136 N. Kirkwood Road
Houston, Texas 77043
TELEPHONE: (281) 556-0944
FACSIMILE: (281) 886-0349

FORT WORTH OFFICE:
420 Throckmorton Street, Suite 1210
Fort Worth, Texas 76102
TELEPHONE: (817) 338-1616
FACSIMILE: (817) 338-1610

+DALLAS OFFICE:
705 Ross Avenue
Dallas, Texas 75202
TELEPHONE: (817) 338-1616
FACSIMILE: (817) 338-1610