IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LATERAL RECOVERY LLC, BENCHMARK, BULIDERS, INC., FTE NETWORKS, INC., JUS-COM LLC and FOCUS WIRELESS, LLC, | Civil Action No.: 1:22-cv-02170 |
| *Plaintiffs,* | |
| -against- | |
| FUNDERZ.NET, LLC d/b/a HOP CAPITAL and d/b/a BUSINESS MERCHANT FUNDING, JOSEPH YITZCHAKOV a.k.a JOSEPH ISAACOV, GAVRIEL YITZCHAKOV a.k.a. GABE ISAACOV, and JOHN and JANE DOE INVESTORS, | |
| *Defendants.* | |

## DECLARATION IN SUPPORT OF THE MOTION FOR ADMISSION OF HOWARD W. FOSTER, ESQ. *PRO HAC VICE*

I, Howard W. Foster, Esq., under penalties of perjury and pursuant to 28 U.S.C. § 1746, declare the following to be true and correct:

1. I am an attorney practicing law in the State of Illinois at Foster P.C. I submit this Declaration in support of my application to practice *pro hac vice* in the above-captioned action as counsel for Defendants, Funderz.net, LLC d/b/a Hop Capital and d/b/a Business Merchant Funding and Joseph Yitzchakov a/k/a Joseph Isaacov.

2. I am admitted to the bar of the State of Illinois and attach hereto as **Exhibit A** my Certificate of Good Standing.

3. I have never been convicted of a crime, censured, suspended, disciplined or disbarred by any court and there are no such matters pending against me.

4. My Illinois state bar number is 6201218.

5. I am familiar with and will comply with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York.

6. I am submitting this Declaration in support of my Motion for Admission, *Pro Hac Vice*, filed simultaneously herewith.

WHEREFORE, it is respectfully requested that this Court grant the within Motion and thereby permit my admission to practice *pro hac vice* in the United States District Court for the Southern District of New York to serve as counsel on behalf of Defendants, Funderz.net, LLC d/b/a Hop Capital and d/b/a Business Merchant Funding and Joseph Yitzchakov a/k/a Joseph Isaacov in the above-captioned case and any proceeding commenced in connection therewith.

Dated: January 20, 2022

By: _/s/ Howard W. Foster_
Howard W. Foster