IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

LATERAL RECOVERY LLC, BENCHMARK, BULIDERS, INC., FTE NETWORKS, INC., JUS-COM LLC and FOCUS WIRELESS, LLC,

    *Plaintiffs,*

-against-

FUNDERZ.NET, LLC d/b/a HOP CAPITAL and d/b/a BUSINESS MERCHANT FUNDING, JOSEPH YITZCHAKOV a.k.a JOSEPH ISAACOV, GAVRIEL YITZCHAKOV a.k.a. GABE ISAACOV, and JOHN and JANE DOE INVESTORS,

    *Defendants.*

Civil Action No.: 1:22-cv-02170

**PROPOSED ORDER**

---

  The motion of Howard W. Foster for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

  Applicant has declared that he is a member of good standing of the bar of the State of Illinois; and his contact information is as follows:

    Applicant's Name: Howard W. Foster

    Firm Name: Foster P.C.

    Address: 150 North Wacker Drive, Suite 1925

    Telephone: (312) 726-1600

    Email: hfoster@fosterpc.com

  Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendants, Funderz.net, LLC d/b/a Hop Capital and d/b/a Business Merchant Funding and Joseph Yitzchakov a/k/a Joseph Isaacov in the above-captioned case.

**IT IS HEREBY ORDERED** that Howard W. Foster is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys.

Dated: January __, 2023

                                                    HON. ANDREW L. CARTER, JR.
                                                    United States District Court, S.D.N.Y.