UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LATERAL RECOVERY LLC, et al.,

                Plaintiffs,

-against-

BMF ADVANCE, LLC, et al.,

                Defendants.

1:22-cv-02170 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

    As stated on the record at the initial pretrial conference held today, IT IS HEREBY ORDERED that Defendants shall file their anticipated motion(s) pursuant to Rule 12(c) of the Federal Rules of Civil Procedure by **March 23, 2023**. Plaintiffs shall file their response by **April 24, 2023**. Defendants shall file any reply by **May 8, 2023**.

    IT IS FURTHER ORDERED that the parties shall, by **March 9, 2023**, file a joint letter stating whether they request a referral to the Court-annexed mediation program.

    Additionally, as confirmed at the initial pretrial conference, the Court respectfully directs the Clerk of Court to terminate BMF Advance, LLC, HOP Capital, LLC, and ISACCOV Investment, Inc. as Defendants in this action.

Dated: March 2, 2023
       New York, New York

                              SO ORDERED.

                              *Jennifer Rochon*
                              JENNIFER L. ROCHON
                              United States District Judge