

**Shane R. Heskin**

1650 Market Street | One Liberty Place, Suite 1800 | Philadelphia, PA 19103-7395
Direct 215.864.6329 | Fax 215.399.9603
heskins@whiteandwilliams.com | whiteandwilliams.com

May 23, 2023

**VIA ECF**

Hon. Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 20B
New York, New York 10007

Request **GRANTED**.  The conference is hereby adjourned to **May 30, 2023 at 3 p.m.**

Dated:  May 24, 2023
New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

RE: *Lateral Recovery, LLC, et al., v. Funderz.net LLC, et al.,* 22-cv-02170-ALC
Plaintiffs' Request for Adjournment of Discovery Letter-Motion Conference

Dear Judge Rochon:

Plaintiffs Lateral Recovery, LLC, as assignee of FTE Networks, Inc., Benchmark Builders, Inc., Jus-Com LLC, and Focus Wireless, LLC, respectfully submit this letter in accordance with Your Honor's Individual Rule 1(F) to request an adjournment to the scheduled video conference on May 25, 2023, at 11:00 a.m., regarding Defendant Gavriel Yitzchakov's ("Gabe") pending letter motion to quash certain subpoenas issued by Plaintiffs.  *See* [DE 102]

Plaintiffs make this request because Plaintiffs' lead attorney, the undersigned Shane R. Heskin, who took the deposition of Defendants that are referenced in Plaintiffs' opposition to Gabe's discovery letter motion, *see* [DE 104], has a pre-existing conflicting obligation in the form of an in-person hearing in Kings County, also scheduled for May 25, 2023 at 11:00 a.m.  Moreover, the lead associate in this action for Plaintiffs, Alex D. Corey, also has a scheduling conflict as he will be taking a deposition in an unrelated matter on May 25, 2023, as well, starting at 10:00 a.m.

In light of the above conflicts for both attorneys representing Plaintiffs in this action, Plaintiffs respectfully request that this conference be adjourned.  Plaintiffs have secured the input of Defendants' counsel and counsel for all parties would be available to attend a rescheduled conference on May 26, 2023, between 10:00 a.m. to 12:00 p.m., or May 30, 2023, at 1 p.m.

Respectfully submitted,

**WHITE AND WILLIAMS LLP**

  /s/ *Shane R. Heskin*
Shane R. Heskin, Esq. (*Attorneys of Plaintiffs*)

30706616v.1