```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/11/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
LATERAL RECOVERY LLC, BENCHMARK :
BUILDERS, INC., FTE NETWORKS, INC., JUS-COM :
LLC, and FOCUS WIRELESS, LLC, :
: 22-cv-2170 (LJL)
Plaintiffs, :
: ORDER
-v- :
:
FUNDERZ.NET, LLC d/b/a HOP CAPITAL and d/b/a :
BUSINESS MERCHANT FUNDING, JOSEPH :
YITZCHAKOV a/k/a JOSPEH ISAACOV, GAVRIEL :
YITZCHAKOV a/k/a GABE ISAACOV, and JOHN :
AND DANE DOE INVESTORS, :
:
Defendants. :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

     This case was reassigned to the undersigned on April 11, 2024. The parties are hereby directed to file a joint letter by April 19, 2024, describing the status of the case including (1) whether discovery has been completed; (2) any outstanding motions to be resolved; (3) any dates that the Court has set; and (4) whether the parties have had settlement discussions and, if so, the status of any settlement discussions.


     SO ORDERED.

Dated: April 11, 2024
      New York, New York
                                                       LEWIS J. LIMAN
                                              United States District Judge