**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
LATERAL RECOVERY LLC, BENCHMARK
BUILDERS, INC., FTE NETWORKS, INC.,
JUS-COM LLC, and FOCUS WIRELESS, LLC,

                           Plaintiffs,                    22 **CIVIL** 2170 (LJL)

         -against-                                **JUDGMENT**

FUNDERZ.NET, LLC d/b/a HOP CAPITAL and
d/b/a BUSINESS MERCHANT FUNDING,
JOSEPH YITZCHAKOV a/k/a JOSEPH
ISAACOV, GAVRIEL YITZCHAKOV a/k/a
GABE ISAACOV, and JOHN AND JANE DOE
INVESTORS,,

                           Defendants.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 27, 2024, Defendants' motion for summary judgment is GRANTED IN PART and DENIED IN PART. Plaintiffs' motion for summary judgment is GRANTED IN PART and DENIED IN PART. Defendants' motion is granted as to the claims based on a pattern of racketeering activity and as to the standing of plaintiffs Benchmark, Jus-Com, and Focus Wireless. Defendants' motion is denied as to the claims for collection of unlawful debt, the claims for conspiracy under Section 1962(d), and the issue of whether the assignment to Lateral Recovery violated New Yorks champerty statute. Plaintiffs' motion is granted as to their claims against Isaacoff for collection of unlawful debt pursuant to the four agreements in October 2018. Plaintiffs' motion is denied as to the claims for collection of unlawful debt based on the two agreements in November 2018 and the issue of whether the

assignment to Lateral Recovery violated New York's champerty statute.

**Dated**: New York, New York

September 30, 2024

                                               **DANIEL ORTIZ**
                                   **Acting Clerk of Court**

                **BY:** _____
                                      **Deputy Clerk**