UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
:
LATERAL RECOVERY LLC, BENCHMARK :
BUILDERS, INC., FTE NETWORKS, INC., JUS-COM :
LLC, and FOCUS WIRELESS, LLC, :
:
              Plaintiffs, :
:
  -v- :
:
FUNDERZ.NET, LLC d/b/a HOP CAPITAL and d/b/a :
BUSINESS MERCHANT FUNDING, JOSEPH :
YITZCHAKOV a/k/a JOSEPH ISAACOV, GAVRIEL :
YITZCHAKOV a/k/a GABE ISAACOV, and JOHN :
AND JANE DOE INVESTORS, :
:
              Defendants. :
:
-----------------------------------------------------------------X

22-cv-2170 (LJL)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  11/6/24

LEWIS J. LIMAN, United States District Judge:

      The Court held a conference on November 6, 2024, to discuss the schedule for trial of this action. The trial is scheduled as a bench trial in view of the fact that no demand for a jury trial appears on the docket. Defendants may make a motion for a jury trial no later than November 13, 2024. By agreement of the parties, the Court will take direct testimony of witnesses within the control of the party offering such witness, with the witness then being subject to cross-examination by the adverse party. To the extent that the same witness is being offered by both Plaintiffs and Defendants, cross-examination by the Defendants may exceed the scope of direct examination so long as the examination is relevant to the Defendants' close so that the witness does not have to appear twice. The Court will take deposition designations by submission.

      At the conference, the Court set the following trial schedule:

(1) The joint pretrial order, pretrial memoranda, proposed findings of facts and conclusions of law, motions in limine, declarations, and depositions, are due by March 28, 2025.

(2) Any responses to the motions in limine are due by April 4, 2025.

(3) The bench trial will begin on April 14, 2025, at 9:30 a.m. and will take place in Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007-1312, Courtroom 15C.  The Court will not entertain opening statements.

(4) Closing arguments will take place on April 23, 2025, at 10:00 a.m. in Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007-1312, Courtroom 15C.

The parties are directed to submit proposed exhibits to the Court electronically by email to the Chambers' email box no later than April 4, 2025.

SO ORDERED.

Dated: November 6, 2024
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge