

**Shane R. Heskin**

810 Seventh Avenue | Suite 500 | New York, NY 10019
Direct 215.864.6329 | Fax 215.399.9603
heskins@whiteandwilliams.com | whiteandwilliams.com

March 13, 2025

VIA ECF
Hon. Lewis Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RE: *Lateral Recovery LLC v. Funderz.net, LLC, et al., et. al.*
   Civil Action No. *1:22-cv-02170-LJL*
   <u>Response To Letter Motion</u>

Dear Honorable Judge Liman:

   We represent the Plaintiffs and write in response to Defendants' request to adjourn the April 14 trial date. Plaintiffs respectfully object on several grounds.

   First, the dates on the calendar have not changed since this Court set the trial date back in November. If Defendants had personal issues with the religious calendar, the time to voice those concerns was back in November, not three months later and one month before trial.

   Second, Plaintiffs are mindful of this Court's calendar, as well as opposing counsel. To the extent it is not an inconvenience to the Court, Plaintiffs would not object to starting the trial on Wednesday, April 16, 2025, or even later the following week. Plaintiffs believe the trial will take less than three days. It is also respectfully noted that Ms. Pilato is capable trial counsel, and nothing in her request suggests she has a conflict that would prohibit her from conducting the trial.

   Third, Plaintiffs have serious concerns that this is an improper delay tactic, especially given that the claimed conflict with the Passover calendar has been known since day one of this Court's scheduling order. Plaintiffs are also concerned that any substantial delay will further allow Defendant Isaacov to dissipate assets. With that said, Plaintiffs informed counsel for Defendants that they would agree to adjourn the trial date on the condition that Defendants post a $9 million bond based on the four agreements already found to be loans on summary judgment.

March 13, 2025
Page 2

  Plaintiffs thank the Court for its consideration of this matter and will make ourselves available at the Court's convenience.

                 Respectfully submitted,

                 **WHITE AND WILLIAMS LLP**

                 /s/ *Shane R. Heskin*
                 Shane R. Heskin, Esq. (*Attorneys of Plaintiffs*)

cc: All counsel of record (via ECF)

34701453v.1