

# HESKIN & PROPER, PLLC

641 Lexington Avenue, 14ᵗʰ Floor
New York, New York 10022
Telephone 407-403-5990

Shane R. Heskin, Esquire
Shane@heskinproper.com

Justin E. Proper, Esquire
Justin@heskinproper.com

March 6, 2026

*Via ECF*

**VIA ECF**

Hon. Lewis J. Liman
U.S. District Court, Southern District of New York
500 Pearl Street, Courtroom 15C
New York, New York 10007

MEMO ENDORSEMENT.
The hearing scheduled for March 9, 2026 at
2:30PM is canceled and adjourned sine die.

3/6/2026    SO ORDERED.

LEWIS J. LIMAN
United States District Judge

RE:    *Lateral Recovery, LLC, et al., v. BMF Advance, LLC et al.*, No. 1:22-cv-02170

Dear Judge Liman:

Plaintiff Lateral Recovery, LLC respectfully writes to inform the Court that Defendants have cured the default under the Settlement Agreement shortly after this Court's order setting an in-person hearing on Monday March 9, 2026 at 2:30 pm.

Defendants have requested that the parties adjourn Monday's hearing due to Defendants' cure. Although I do not believe that today's payment resolves the other concerns in our pre-motion letter regarding protection against future dissipation of assets, Plaintiff has no objection to a brief adjournment while the parties seek to resolve those concerns.

Plaintiff thanks the Court for its assistance and counsel will make itself available at the Court's convenience.

Respectfully submitted,

HESKIN & PROPER, PLLC

Shane R. Heskin